CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 27 2009

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JIMMY RAYMOND BLOW, | |
| Petitioner, | Case No. 7:09CV00264 |
| v. | **FINAL ORDER** |
| BUREAU OF PRISONS, | By: Glen E. Conrad |
| Respondent. | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. As petitioner filed no objection, the findings and recommendations of the magistrate judge (Dkt. No. 15) are hereby **ADOPTED**, and petitioner's motions for interlocutory injunctive relief (Dkt. Nos. 8 and 14) are **DENIED** as meritless and moot;

2. In an abundance of caution, petitioner's motions to seal his traverse for security reasons (Dkt. Nos. 17, 22, and 25) are **GRANTED**, and the clerk **SHALL** place and maintain petitioner's traverse to respondent's answer (Dkt. Nos. 18 and 19) under seal until further order of the court;

3. Petitioner's motion seeking a response to his traverse and other motions (Dkt. No. 23) and his request for an evidentiary hearing (Dkt. No. 24) are **DENIED**;

4. The petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**; and

3. This action is stricken from the active docket of the court.

ENTER: This 27th day of July, 2009.

　　　　　　　　　　　　　　　　　　／s／ Glen E. Conrad
　　　　　　　　　　　　　　　　　　United States District Judge